# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151419(32)

SPECTRUM HEALTH HOSPITALS
and SPECTRUM HEALTH UNITED,
      Plaintiffs-Appellees,

v

WESTFIELD INSURANCE COMPANY,
      Defendant-Appellant.

_____/

SC:  151419
COA:  323804
Kent CC:  14-002515-AV

      On order of the Chief Justice, the motion of the Negligence Law Section of the State Bar of Michigan to file a late amicus curiae brief is GRANTED. The amicus brief submitted on June 30, 2016, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk